IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CHRISTINA BURRIDGE,

    Plaintiff,

vs.                                        CASE NO.: 1:07-CV-240-SPM/AK

KAZBOR'S GRILLE & BAR,
INC., MANAGING FOOD, LLC,
DECISION HR, INC., JOHN
RAGONE, individually, JEFF
CYMAN, individually, and
MATTHEW BYLER, individually,

    Defendants.
_____/

### ORDER ENLARGING TIME TO FILE ANSWER TO COMPLAINT

**THIS CAUSE** comes before the Court upon "Defendant John Ragone's Unopposed Motion for Enlargement of Time to Respond to Plaintiff's Complaint" (doc. 67) in which Defendant Ragone requests permission to file a response to the complaint by May 2, 2008. Plaintiff is unopposed to the granting of this motion.

Pursuant to Federal Rule of Civil Procedure 6(b), the Court finds good cause to permit the enlargement. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1.    The motion for an enlargement of time (doc. 67) is hereby ***granted***.

2. Defendant Ragone shall file his answer to the Complaint on or before **May 2, 2008**.

**DONE AND ORDERED** this twenty-fourth day of April, 2008.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge