IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CHRISTINA BURRIDGE,

    Plaintiff,

vs.                                        CASE NO.: 1:07-CV-240-SPM/AK

KAZBOR'S GRILLE & BAR,
INC., MANAGING FOOD, LLC,
DECISION HR, INC., JOHN
RAGONE, individually, JEFF
CYMAN, individually, and
MATTHEW BYLER, individually,

    Defendants.
_____/

## ORDER GRANTING MOTION FOR COUNSEL TO WITHDRAW

THIS CAUSE comes before the Court upon the "Unopposed Motion to Withdraw as Counsel" (doc. 70). The law firm of Fisher & Phillips LLP has represented Defendant John Ragone. Counsel now states that Ragone has been uncooperative and unresponsive to counsel's requests. In accordance with Local Rule 11.1(F), ten days have passed since counsel filed the Motion to Withdraw. Therefore, the Court finds that good cause exists to permit the withdrawal.

Accordingly, it is ORDERED AND ADJUDGED as follows:

1.    The motion to withdraw (doc. 70) is hereby **granted**.

2.    On or before *July 25, 2008*, Defendant Ragone shall secure the

      filing of a notice of appearance by a new attorney or advise the Court in writing of his intent to proceed *pro se* in this case.

3. If Defendant Ragone fails to respond, it will be assumed until further notice that he will proceed *pro se*.

4. Fisher & Phillips will continue to represent Defendants Jeffrey Cyman and Matthew Byler.

5. Until a notice of appearance of new counsel has been made, the Clerk of Court shall send this and all further orders and correspondence to Defendant Ragone at the following address: John Joseph Ragone, 13017 Plum Lake Circle, Clermont, Florida 34715.

DONE AND ORDERED this <u>thirtieth</u> day of June, 2008.

                 *s/ Stephan P. Mickle*
                 Stephan P. Mickle
                 United States District Judge