**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

CHRISTINA BURRIDGE,

    Plaintiff,

vs.                                 CASE NO.: 1:07-CV-240-SPM/AK

KAZBOR'S GRILLE & BAR,
INC., MANAGING FOOD, LLC,
DECISION HR, INC., JOHN
RAGONE, individually, JEFF
CYMAN, individually, and
MATTHEW BYLER, individually,

    Defendants.
_____/

## ORDER OF DISMISSAL

THIS CAUSE comes before the Court upon the "Notice of Settlement" (doc. 172) filed by Plaintiff. Pursuant to Northern District of Florida Local Rule 16.2(D), it is hereby ORDERED AND ADJUDGED:

1. This case is hereby ***dismissed with prejudice***.

2. The Court shall retain jurisdiction for a period of sixty (60) days, during which time any party may move to reopen for good cause shown.

DONE AND ORDERED this ninth day of January, 2009.

                        *s/ Stephan P. Mickle*
                        Stephan P. Mickle
                        United States District Judge